UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN QUINTERO, et al.,<br><br>                                   Plaintiffs,<br><br>    v.<br><br>JACK PALMER, et al.,<br><br>                                   Defendants. | Case No. 3:13-cv-00008-MMD-VPC<br><br>ORDER |

This prisoner civil rights action comes before the Court on plaintiff's application to proceed *in forma pauperis* (dkt no. 1) and his motion for an enlargement of time to amend the complaint (dkt. no. 12).  The matter was not resolved during the mediation stay. (*See* dkt. no. 11.)

It is therefore ordered that, upon the Court's finding that plaintiff John Quintero is unable to pay a substantial initial partial filing fee, the application to proceed *in forma pauperis* (dkt. no. 1) is granted, subject to the remaining provisions herein.  Plaintiff shall not be required to pay an initial partial filing fee.  However, even if this action is dismissed, the full $350.00 filing fee still must be paid pursuant to 28 U.S.C. § 1915(b)(2).

It is further ordered that plaintiff is permitted to maintain this action to a conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.  This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

It is further ordered that, pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (in the months that the account exceeds $10.00) until the full $350.00 filing fee has been paid for this action.  The Clerk shall send a copy of this order to the Finance Division of the Clerk's Office. The Clerk shall also send a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

It is further ordered that plaintiff's motion for an enlargement of time (dkt. no. 12) is granted such that the time for plaintiff to amend the complaint is extended up to and including December 20, 2013.  This is an extraordinarily long period of time to take such action, even allowing for limitations on access to resources in the institutional environment.  Plaintiff should not assume that further extension will be freely granted thereafter.

It is further ordered that the stay previously entered herein is lifted.  The Court will establish deadlines for possible acceptance of service and responding to the pleadings in an order issued following the filing of an amended complaint or the expiration of the time for doing so.

It is further ordered that, henceforth, plaintiff shall serve upon defendants' counsel a copy of every pleading, motion or other document submitted for consideration by the Court and shall attach a certificate of such service with the paper submitted. Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a judge that has not been filed with the Clerk and any paper which fails to include a certificate showing proper service.

DATED THIS 1st day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE