**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN QUINTERO, | ) | 3:13-CV-0008-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 10, 2014 |
| | ) | |
| JACK PALMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed an amended complaint (#18) on December 5, 2013 as permitted by order #15.  The Attorney General's Office shall advise the court within ten days of the date of the entry of this order whether it will accept service on behalf of the defendants.  As to any of the named defendant(s) for whom the Attorney General's Office does not accept service, the Office shall file, under seal, the last known address(es) of those defendant(s).

If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the amended complaint within thirty (30) days from the date of this order.

Plaintiff's motion for reconsideration (#23) of order #22 is **DENIED**.  Plaintiff is once again reminded that the court cannot serve as a repository for plaintiff's evidence or other papers.  Plaintiff may not file evidence with the court unless it is used to support or oppose a motion.

Plaintiff's motion to take notice of law and legislative fact (#24) is **DENIED**.  Plaintiff asks the court to take notice that "the Nevada Legislature allows the NDOC despotic dominion over its affairs . . . ," "the local courts are, in regards to prison issues and controversies, incapable of addressing the constitutional issues raised by prisoners . . . ," and "the state Supreme Court . . . likewise manifests an incapacity for addressing the controversies and complaints of constitutional violation…." *Id.*  Pursuant to Federal Rule of Evidence 201, "the court may judicially notice a fact that is not subject to reasonable dispute . . . ."  Plaintiff's motion is subject to reasonable dispute; therefore, the motion is **DENIED**.

Plaintiff's motion for a waiver of fees (#25) is **DENIED**.

**IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

                By:_____/s/_____
                          Deputy Clerk