Case 3:13-cv-00008-MMD-VPC   Document 33   Filed 04/21/14   Page 1 of 3

CATHERINE CORTEZ MASTO  
Attorney General  
PETER K. KEEGAN  
Deputy Attorney General  
Nevada Bar No. 12237  
Bureau of Litigation  
Public Safety Division  
100 N. Carson Street  
Carson City, NV  89701-4717  
Tel: 775-684-1257  
Fax: 775-684-1275  
Email: pkeegan@ag.nv.gov

*Attorneys for Defendants Edward Gibson, Eugene Murguia, Julliette Roberson, Pauline Simmons, Jack Palmer, James Stogner and Lisa Walsh*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN QUINTERO,<br><br>Plaintiff,<br><br>v.<br><br>JACK PALMER, et al.,<br><br>Defendants. | Case No.  3:13-cv-00008-MMD-VPC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Defendants, Edward Gibson, Eugene Murguia, Julliette Roberson, Pauline Simmons, Jack Palmer, James Stogner, and Lisa Walsh, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Peter K. Keegan, Deputy Attorney General, hereby notify the Court and respective parties that Deputy Attorney General Peter K. Keegan has assumed responsibility for representing the interests of the Defendants in the above-entitled action.

Deputy Attorney General Nate L. Hastings is no longer the attorney responsible for the handling of this case for the Office of the Attorney General and should be removed from association with this case.

/ / /

/ / /

/ / /

1  It is further requested that all future pleadings be served upon and any contact by court
2  personnel or Plaintiff be directed to the undersigned counsel.
3  DATED this 21st day of April, 2014.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
PETER K. KEEGAN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorney for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 4/23/14

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of April, 2014, I have caused to be deposited for mailing a copy of the foregoing **NOTICE OF SUBSTITUTION OF ATTORNEY**, by U.S. District Court CM/CFE:

JOHN QUINTERO #93782
NORTHERN NEVADA CORRECTIONAL CENTER
P O BOX 7000
CARSON CITY NV 89702
lawlibrary@doc.nv.gov

_____
An Employee of the Office of
The Attorney General