UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN QUINTERO, | ) | 3:13-CV-0008-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 1, 2014 |
| | ) | |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion requesting civil packets, forms, instructions, and booklets available to him from the court concerning five documents listed in his motion (#42). First, it is not the court's obligation to provide litigants, even indigent ones, with copy services. In this instance plaintiff is requesting the electronic transfer of these "packets, forms, instructions, and booklets" which would necessitate NDOC printing all of these documents for plaintiff, to whatever extent they may exist. Nevertheless, the court will address each request in turn.

   1.   **Certificate of Interested Parties:** This document is not required to be filed in cases regarding prisoner civil rights or conditions of confinement; therefore, this request is **DENIED as moot.**

   2.   **Discovery Plan/Scheduling Order:** This court has issued the standard scheduling order for civil rights actions filed by incarcerated pro se plaintiffs (#39). Therefore, this request is **DENIED as moot.**

   3.   **Joint Case Management Statement and Proposed Order:** A joint case management statement and proposed order is not required in cases regarding prisoner civil rights or conditions of confinement; therefore, this request is **DENIED as moot**.

   4.   **Alternative Dispute Resolution and ADR Multi-Option Local Rules and Certification:** The District Court for the District of Nevada does not have any Local Rules concerning ADR; therefore, this request is **DENIED as moot.** The court notes that plaintiff participated in an unsuccessful inmate early mediation conference on September 24, 2013. If plaintiff seeks to have his case set for a settlement conference, he may file a motion with the court.

      5.    **U.S.D.C. Short Trial Rules and AO 85 Consent Form:** The court notes that these two documents were electronically transmitted to plaintiff on June 6, 2014. Nevertheless, this request is **GRANTED**. The Clerk shall once again electronically transmit both of these documents to plaintiff via CM/ECF.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                          By:_____/s/_____
                                     Deputy Clerk