## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN QUINTERO, | ) | 3:13-CV-0008-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 9, 2014 |
| | ) | |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the request of former co-plaintiff Dirk Klinke for information on screening order #7 and status of complaint (#50). Mr. Klinke's request for information (#50) is **GRANTED** as follows:

Pursuant to the court's screening order dated July 1, 2013 (#7), Dirk Klinke's claims were severed from this action. Mr. Klinke was ordered to file an amended complaint in a new civil case opened by the Clerk. *Id.*

A separate civil case was opened by the Clerk for Mr. Klinke on July 1, 2013 under case no. 3:13-CV-0356-MMD (VPC). Several documents were filed and were sent to Mr. Klinke via the court's electronic filing system through the Northern Nevada Correctional Center (NNCC) Library.

On October 1, 2013, case no. 3:13-CV-0356-MMD (VPC) was dismissed without prejudice for Mr. Klinke's failure to file an amended complaint in the new action (#6). Judgment was entered accordingly (#7). Both the order of dismissal and the judgment were served on Mr. Klinke via the court's electronic filing system through the NNCC Library. *Id.*

The Clerk shall **FILE** this order in case no. 3:13-CV-08-MMD (VPC) and 3:13-CV-0356-MMD (VPC). The Clerk shall **SEND** to Mr. Klinke a copy of the docket sheet for case no. 3:13-CV-0356-MMD (VPC) and a copy of the order dismissing case (#6) in case no. 3:13-CV-0356-MMD (VPC).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
   Deputy Clerk