**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN QUINTERO, | ) | 3:13-CV-0008-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 12, 2014 |
| | ) | |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's request for a register of actions (#51) is construed by the court as a motion for a copy of the docket sheet at plaintiff's expense. Plaintiff's request is **GRANTED in part**. The Clerk shall **NOTIFY** the plaintiff of the cost and procedure for ordering a copy of the docket sheet.

     **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                            By:         /s/
                                   Deputy Clerk