# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN QUINTERO,

        Plaintiff,

  v.

JACK PALMER, *et al.*,

        Defendants.

3:13-cv-00008-MMD-VPC

**MINUTES OF THE COURT**

December 15, 2014

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court are several motions and corresponding papers: defendants' motion to extend time for filing their motion for summary judgment (#63); plaintiff's motion to expand the time for discovery to 180 days (#64); plaintiff's motion to extend the discovery deadline (#53); and plaintiff's motion to compel discovery (#59), as modified by his paper noting that certain parts of the original motion are moot (#60).

     In October, the court issued a Report and Recommendation ("R&R") to Judge Du on plaintiff's third amended complaint, which remains pending as of this order. Therein, the court recommended that only one of the new claims proceed, and allowed plaintiff to add new defendants along with maintaining the original six claims. If Judge Du adopts the R&R, additional discovery may be required.

     Because Judge Du's decision on the R&R remains pending, and having thoroughly reviewed the motions and papers, the court orders as follows. First, plaintiff's motions related to the discovery timeline (#s 53, 64) are **DENIED without prejudice.** The parties may make appropriate motions following Judge Du's decision on the R&R. At that time, and in light of her order, the court will consider appropriate modifications to the discovery timeline.

Second, the court denies plaintiff's motion to compel (#s 59, 60). As to defendant Walsh, the issues are moot. As to the live issues regarding defendant Simmons (*see* #60), the court orders the parties to **MEET AND CONFER** to resolve the dispute.

Finally, defendants' motion to extend the summary judgment deadline (#63) is **GRANTED**. Summary judgment motions shall not be due until thirty days following Judge Du's decision on the R&R. Opposition and reply briefs shall be submitted in due course. However, the parties are advised that the deadline may be further modified in light of Judge Du's decision on the amended complaint, and changes to the discovery timeline necessitated thereby.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk