# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN QUINTERO,<br><br>            Plaintiff,<br><br>v.<br><br>JACK PALMER, *et al.*,<br><br>            Defendants. | 3:13-cv-00008-MMD-VPC<br><br>**MINUTES OF THE COURT**<br><br>August 3, 2015 |

PRESENT:     <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     <u>     LISA MANN     </u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                         </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                         </u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for clarification of order scheduling settlement conference (#131) is construed by the court as a request for legal advice and is **DENIED.**

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     <u>          /s/          </u>
        Deputy Clerk