UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN QUINTERO,<br><br>       Plaintiff,<br><br>   v.<br><br>JACK PALMER, *et al.*,<br><br>       Defendants. | 3:13-cv-00008-MMD-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>August 3, 2015 |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's request for identification of content of docket #123 & #127 is **GRANTED**. Docket #123 is a court order for plaintiff's appearance via video conference at the settlement conference on August 25, 2015.  The Clerk shall **SEND** plaintiff a copy of this order (#123).

   Docket #127 is the last known address of Steven Crowder.  This document is filed under seal and shall remain under seal.  Plaintiff was served with a copy of the notice of under seal submission of the last known address of Steven Crowder (#128).

   Finally, plaintiff is advised that his habit of filing new motions that are, in substance, identical to motions he has already filed, and/or filing motions seeking "updates" or immediate action on pending motions will not increase the speed with which the court is able to proceed in this case.  The court has a heavy docket.  Plaintiff's case is just one of hundreds before the court. Thus, plaintiff's repetitive (and borderline frivolous) filings only *slow* the pace of this litigation by requiring the court's attention and consideration of small and secondary matters instead of the central issues in this case.

   The court has been lenient because plaintiff is a *pro se* party.  However, this does not give plaintiff a blank check to clutter the docket. *See Schenker v. Rowley*, No. 3:12-cv-00174-LRH-VPC, 2013 WL 321688, at *3-4, 5-6 (D. Nev. Jan. 28, 2013).  Plaintiff is warned that his

status as an indigent litigant will not dissuade the court from considering sanctions against him for filing groundless and duplicative motions.

**IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

                By:    /s/   
                    Deputy Clerk