# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN QUINTERO,<br><br>        Plaintiff,<br><br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>        Defendants. | 3:13-cv-00008-MMD-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>February 8, 2016 |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>      LISA MANN      </u>      REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                         </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                       </u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's motion for Howard Lee White (Inmate #24575) to attend settlement conference (#187) is **DENIED**.  Plaintiff has no right to the assistance of a particular inmate.  *Storseth v. Spellman*, 654 F.2d 1349, 1354 (9th Cir. 1981).  The court will not appoint one inmate to represent another.  While plaintiff may receive assistance from inmate library assistants, those assistants are not licensed to practice law in Nevada.  Therefore, such assistants are not permitted to represent another individual before this court.  Finally, plaintiff has demonstrated that he is quite capable of representing himself.

     **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                              By:   <u>         /s/         </u>
                                          Deputy Clerk