UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN QUINTERO,<br><br>    Plaintiff,<br> v.<br>JACK PALMER, *et al.*,<br><br>    Defendants. | Case No. 3:13-cv-00008-MMD-VPC<br><br>ORDER |

  This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order denying the motion to amend judgment and the motion to enforce settlement would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

  DATED THIS 21st day of February 2017.

_____
MIRANDA DU
UNITED STATES DISTRICT JUDGE